**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000827
11-OCT-2021
08:05 AM
Dkt. 87 ODMR**

NO. CAAP-17-0000827


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


IN THE MATTER OF HAWAII FIRE FIGHTERS ASSOCIATION,
IAFF, LOCAL 1463, AFL-CIO Complainant-Appellant-Appellant,
and
RICK BLANGIARDI, MAYOR, CITY AND COUNTY OF HONOLULU;
LIONEL CAMARA, JR., ACTING FIRE CHIEF,
CITY AND COUNTY OF HONOLULU;
HONOLULU FIRE DEPARTMENT, CITY AND COUNTY OF HONOLULU;
and CITY AND COUNTY OF HONOLULU,
Respondents-Appellees-Appellees,
and
HAWAII LABOR RELATIONS BOARD; KERRY KOMATSUBARA;
SESNITA A.D. MOEPONO; and J N. MUSTO (2016-001),
Agency-Appellees-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-1390-07)


ORDER
(By: Ginoza, Chief Judge, Leonard and Nakasone, JJ.)

Upon consideration of Complainant-Appellant-Appellant

Hawaii Fire Fighters Association, IAFF, Local 1463, AFL-CIO's

Motion for Reconsideration filed on September 30, 2021, and the

records and files herein,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, October 11, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Karen T. Nakasone
Associate Judge